No. 10–10655. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10656. LAGAS v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–10659. DRAGANOV v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 10–10662. PLATTS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10666. BROWN v. MASSENGILL ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10668. BECKER v. MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10670. RUDIN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–10672. NIX v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–10673. WOMACK-GREY v. ROGERS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–10674. WOOD v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10677. DOWTIN v. PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10678. SAN MARTIN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–10679. MEJIA v. CURRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10681. SAUCHELLI v. UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir. Certiorari denied.